UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| AARON VOLTZ, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 2:23-CV-400-PPS-JEM |
| CAPITAL ONE AUTO FINANCE and DRIVEN AUTO SALES, | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge John Martin. [DE 44.] On April 3, 2025, Defendants filed a Motion for the Entry of Judgment. [DE 41.] In that Motion, Defendants notified the Court of a March 28, 2025, arbitration decision in favor of Defendants that held Plaintiff failed to meet his burden of proof on all counts of his Complaint. Magistrate Judge Martin then held a telephonic conference on May 8, 2025, concerning the status of Plaintiff's case in federal court. All Parties at the hearing agreed that all claims in this matter were resolved in arbitration and agreed to Defendants' Motion for the Entry of Judgment. [DE 42.]

As explained by Judge Martin in his Report and Recommendation, all Parties now request that the Court grant Defendants' Motion for the Entry of Judgment [DE 41] and dismiss this case with prejudice. [*See* DE 44.] Judge Martin also noted that the

1

Parties agreed to waive the fourteen-day period to challenge the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1).

The Court having reviewed the Report and Recommendation and agreeing with the reasoning therein hereby **ADOPTS** the Report and Recommendation [DE 44] in its entirety. Accordingly, Defendants' Motion for the Entry of Judgment [DE 41] is **GRANTED**. The Court **ORDERS** an Entry of Judgment in favor of Defendants, Driven Auto Sales and Capital One Auto Finance (a division of Capital One N.A.), and against Plaintiff, Aaron Voltz. Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: May 12, 2025.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT