AO 450 (Rev. 11/11)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AARON VOLTZ ) | |
| ) | Civil Action No. 2:23-cv-400 |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CAPITAL ONE AUTO FINANCE ) | |
| ) | |
| DRIVEN AUTO SALES ) | |
| ) | |
| Defendants ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** other: JUDGMENT IS ENTERED in favor of Defendants, Capital One Auto Finance (a division of Capital One N.A.), Drive Auto Sales, and against Aaron Voltz. Plaintiff's claims are DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on Defendants' Motion for Entry of Judgment.

DATE: 05/13/2025            *Chanda J. Berta, Clerk of Court*

                            by   s/J. Barboza
                               *Signature of Clerk or Deputy Clerk*